**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

DEANETTE STANLEY                         CASE NO.  2:22-CV-06170

VERSUS                                   JUDGE JAMES D. CAIN, JR.

C L H G - DEQUINCY L L C                 MAGISTRATE JUDGE LEBLANC

**JUDGMENT**

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Motion to Dismiss Claim

as Waived (Doc. 72) filed by Defendant CLHG-DeQuincy, LLC d/b/a DeQuincy Memorial

Hospital, is **GRANTED**, dismissing claims by Kane Rober Stanley in this matter.

**THUS DONE AND SIGNED** in chambers on this 5th day of March, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE